FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Sep 15, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SPOKANE, a municipal corporation in and for the State of Washington,<br><br>Defendant. | No.  2:22-CV-0045-MKD<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Before the Court is the parties' Stipulated Motion to Dismiss Without Prejudice, ECF No. 18.  The parties stipulate and request the Court dismiss this matter without prejudice.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the stipulation of the parties, the Court finds good cause to grant the motion and dismiss this case.

Accordingly, **IT IS ORDERED:**

1.  The parties' Stipulated Motion to Dismiss Without Prejudice, **ECF No. 18**, is **GRANTED**.

ORDER DISMISSING CASE WITHOUT PREJUDICE - 1

2.  This action, including all claims and counterclaims against all parties, shall be **DISMISSED without prejudice**.

3.  Any pending motions are **DENIED as moot**.

4.  All hearings and other deadlines are **STRICKEN**.

5.  The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

DATED September 14, 2022.


_s/Mary K. Dimke_
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE WITHOUT PREJUDICE - 2